# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ASPEN PLAZA PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Appellant,<br><br>vs.<br><br>THE STATE OF NEVADA; THE NEVADA TAX COMMISSION; THE STATE OF NEVADA DEPARTMENT OF TAXATION; THE STATE OF NEVADA BOARD OF EQUALIZATION; ELKO COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; AND KATRINKA RUSSELL, ELKO COUNTY ASSESSOR,<br><br>Respondents. | No. 81106<br><br>**FILED**<br><br>SEP 0 3 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Alvin R. Kacin, District Judge
Randall K. Edwards, PLLC
Attorney General/Carson City
Attorney General/Las Vegas
Elko County District Attorney
Elko County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-32517